IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE K. WHITE,<br>    Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 18-CV-3378 |
| MS. NADEGE BARBE, *et al.*,<br>    Defendants. | : | |

## ORDER

AND NOW, this 24th day of August, 2018, upon consideration of Plaintiff Tyrone K. White's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 8(a) and pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim, for the reasons set forth in the Court's Memorandum.

4. White is given leave to file an amended complaint within thirty (30) days of the date of this order in the event he can state a basis for a plausible claim. Any amended complaint must identify all of the Defendants in the caption of the amended complaint. Defendants who are not identified in the caption may not be treated as defendants in this case. Any amended complaint must also state the factual basis for White's claims against each defendant by explaining what each defendant did or did not do that caused a violation of White's rights. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECTED** to send White a blank form complaint to be used by a non-prisoner filing a civil action bearing the civil action number for this case. White may use this form to file an amended complaint.

6. If White fails to file an amended complaint, this case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
C. DARNELL JONES, II, J.