IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYRONE K. WHITE, :
    Plaintiff, :
 :
v. : CIVIL ACTION NO. 18-CV-3378
 :
MS. NADEGE BARBE, *et al.*, :
    Defendants. :

## ORDER

AND NOW, this 11th day of September, 2018, upon consideration of Plaintiff Tyrone K. White's *pro se* Amended Complaint (ECF No. 6), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 8(a) and pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim, as well as for lack of subject matter jurisdiction, for the reasons set forth in the Court's Memorandum.

2. In light of White's *pro se* status, he is given leave to file a second amended complaint within thirty (30) days of the date of this Order in the event he can state a basis for a plausible claim for relief. Any second amended complaint must identify all of the Defendants in the caption of the amended complaint. Defendants who are not identified in the caption may not be treated as defendants in this case. Any second amended complaint must also state the factual basis for White's claims against each defendant by explaining what each defendant did or did not do that caused a violation of White's rights and by explaining why White believes he was discriminated against. Upon the filing of a second amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

3. The Clerk of Court is **DIRECTED** to send White a blank form complaint to be used by a non-prisoner filing a civil action bearing the civil action number for this case. White may use this form to file a second amended complaint.

4. If White fails to file a second amended complaint, this case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

C. DARNELL JONES, II, J.