IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE K. WHITE, <br> **Plaintiff,** <br><br> v. <br><br> MS. NADEGE BARBE, *et al.*, <br> **Defendants.** | : <br> : <br> : <br> :     **CIVIL ACTION NO. 18-CV-3378** <br> : <br> : <br> : |

## ORDER

AND NOW, this 26th day of September, 2018, upon consideration of Plaintiff Tyrone K. White's *pro se* Second Amended Complaint (ECF No. 9), it is **ORDERED** that:

1. The Second Amended Complaint is **DISMISSED** for the reasons set forth in the Court's Memorandum. White may not file a third amended complaint in this case.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
C. DARNELL JONES, II, J.